# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID RUFFIN,** :

    **Plaintiff** : **CIVIL ACTION NO. 3:17-0052**

    **v** :

                    **(JUDGE MANNION)**

**SUPERINTENDENT V. MOONEY** :
**et al.,**

                      :

    **Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiff's action pursuant to Fed.R.Civ.P. 41(b), for Plaintiff's failure to prosecute (Doc. 21) is **GRANTED**.

2. This action is **DISMISSED** under Fed.R.Civ.P. 41(b) for failure to prosecute.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 5, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0052-01-Order.wpd